(73 South. 250)

No. 22146.

### LOUISIANA STATE BOARD OF MEDICAL EXAMINERS v. VINCENT.

(Nov. 13, 1916. Rehearing Denied Dec. 11, 1916.)

Appeal from Eighteenth Judicial District Court, Parish of Lafayette; William Campbell, Judge.

Action by the Louisiana State Board of Medical Examiners against Adam Vincent. From a judgment maintaining an exception of no cause of action, plaintiff appeals. Reversed, exception overruled, and cause remanded.

Smith & Carmouche, of Crowley (E. T. Florance, of New Orleans, of counsel), for appellant. John L. Kennedy, of Lafayette, for appellee.

MONROE, C. J. The issues presented in this case are the same as those presented in the case of the same plaintiff against Joseph Charpentier, 73 South. 248,[1] No. 22145 of the docket, this day decided. For the reasons assigned in the opinion handed down in that case, therefore, it is ordered and decreed that the judgment herein appealed from be set aside, that the exception pleaded by defendant be overruled, and that the case be remanded to be proceeded with according to law and to the views expressed in said opinion, the costs of the appeal to be paid by defendant and those of the district court to await the final judgment.

[1] Ante, p. 405.